UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

In re: Motor Fuel Temperature Sales Practices Litigation

Case No.   15-3221
Case No.   15-3227

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for Defendant, Chevron U.S.A., Inc.
Party or Parties

Appellee/Respondent                                              , in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☒ There are no such parties, or any such parties have heretofore been disclosed to the court.

Thomas J. Heiden, Illinois Bar #6281563
Name of Counsel

*/s/ Thomas J. Heiden/*
Signature of Counsel

330 North Wabash Ave., Suite 2800
Chicago, IL 60611 / 312.876.7700
Mailing Address and Telephone Number

E-Mail Address  thomas.heiden@lw.com

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date)  10/5/2015           via (state method of service)  ECF and U.S. Mail           .

to   See attached                              s/ Thomas J. Heiden
(*See* Fed. R. App. P. 25(b))                   (Signature)

A-5  Entry of Appearance Form 10/09

# **CERTIFICATE OF SERVICE**

I, hereby certify that on October 5, 2015, I electronically filed the forgoing using the court's CM/ECF system which will send notification of such filing to the following:

Joseph A. Kornawitter (jkronawitter@hab-law.com)
Tristan Layle Duncan (tlduncan@shb.com)
Sandra Bernice Duncan (sbg@greensfelder.com)
David Michael Harris (dmh@greensfelder.com)
Martin M. Loring (martin.loring@huschblackwell.com)
Donald Earl Lake, III (dlake@lathropgage.com)

I hereby further certify that on October 5, 2015, I have served the following by first class mail, postage pre-paid to the following:

Elizabeth G. Frank
Arnold & Porter, LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017

Robert A. Horn
Horn, Aylward & Bandy
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108

Douglas M. Todd
Phillips Murrah
Corporate Tower, 13th Floor
101 North Robinson Avenue
Oklahoma City, OK 73102

Date: October 5, 2015

s/ Thomas J. Heiden
Thomas J. Heiden
LATHAM &WATKINS LLP
330 North Wabash Ave., Suite 2800
Chicago, IL 60611
Email: thomas.heiden@lw.com
Telephone: (312) 876-7700

*Attorney for Chevron U.S.A., Inc.*